# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**RICHARD LEWIS BELL,**

    **Petitioner,**

v.                                                         **Case No. 3:23-cv-24425-LC-MJF**

**RICKY D. DIXON,**

    **Respondent.**

_____/

## ORDER

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 16, 2024. ECF No. 12. The parties were furnished a copy of the Report and Recommendation and were afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objection has been filed.

    Having considered the Report and Recommendation, the Court concludes that it should be adopted.

    Accordingly, it is **ORDERED**:

    1.    The Magistrate Judge's Report and Recommendation, ECF No. 12, is adopted and incorporated by reference in this Order.

2. Respondent's motion to dismiss, ECF No. 9, is **GRANTED**

3. The petition for writ of habeas corpus, ECF No. 1, challenging the judgment of conviction in *State of Florida v. Richard Lewis Bell*, Escambia County Circuit Court Case No. 2011-CF-2382, is **DENIED**.

4. A certificate of appealability is **DENIED**.

5. The Clerk of Court is directed to close the file.

**DONE AND ORDERED** this 29th day of February, 2024.

      *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**